**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 31, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00947-CV

---

## IN RE DERICK L. WEATHERSPOON AND WASTE CONNECTIONS OF TEXAS, LLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-06220**

---

## MEMORANDUM OPINION

On November 26, 2019, relators Derick L. Weatherspoon and Waste Connections of Texas, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Tanya Garrison, presiding judge of the 157th District Court of Harris County, to set aside her September 19, 2019 order striking a

counter-affidavit served by relators. *See* Tex. Civ. Prac. & Rem. Code Ann. § 18.001.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.

2